AC

FILED

JAN 23 2020 AC

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 20 CR 54 |
| v. | ) | |
| | ) | Violations: Title 18, United States |
| EDWARD MCNAMARA | ) | Code, Sections 2251(a) and (e) |
| | ) | JUDGE ELLIS |

MAGISTRATE JUDGE KIM

**COUNT ONE**

The SPECIAL JANUARY 2020 GRAND JURY charges:

On or about July 29, 2015, and continuing through on or about July 31, 2015, at DuPage County, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDWARD MCNAMARA,

defendant herein, together with others known and unknown to the grand jury, did knowingly conspire to employ, use, persuade, induce, entice, and coerce a minor, namely, Minor A, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which defendant knew or had reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce, and that the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by a computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

**COUNT TWO**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about July 31, 2015, at DuPage County, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDWARD MCNAMARA,

defendant herein, knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2251(a).

**COUNT THREE**

The SPECIAL JANUARY 2020 GRAND JURY further charges:

On or about September 21, 2015, and continuing through on or about June 4, 2016, at LaSalle County, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDWARD MCNAMARA,

defendant herein, together with others known and unknown to the grand jury, did knowingly conspire to employ, use, persuade, induce, entice, and coerce a minor, namely, Minor B, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, which defendant knew or had reason to know that such visual depiction would be transmitted using any means or facility of interstate or foreign commerce, and that the visual depiction was produced using materials that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by a computer;

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT FOUR

The SPECIAL JANUARY 2020 GRAND JURY further charges:

From or about October 13, 2015 through October 15, 2015, at LaSalle County, in the Northern District of Illinois, Eastern Division, and elsewhere,

EDWARD MCNAMARA,

defendant herein, knowingly employed, used, persuaded, induced, and enticed a minor, namely Minor B, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, which visual depiction was produced and transmitted using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means;

In violation of Title 18, United States Code, Section 2251(a).

A TRUE BILL:

____________________________________

FOREPERSON

____________________________________

UNITED STATES ATTORNEY