**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                    Plaintiff,

v.                                  Case No.: 1:20−cr−00054
                                  Honorable Sara L. Ellis

Edward McNamara

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 28, 2023:

      MINUTE entry before the Honorable Sara L. Ellis:as to Edward McNamara, In person status hearing held. The Court grants defendant's request to reschedule trial date. Jury Trial set for 2/5/2024 is stricken and reset to 10/7/2024 at 8:30 AM. Pretrial motions are due by 11/27/2023; responses by 1/8/2024. Pretrial Conference set for 1/11/2024 is stricken and reset to 9/19/2024 at 2:30 PM. The parties are required to file motions in limine, proposed jury instructions, statement of the case, witness and exhibit lists by 8/1/2024; responses are due by 8/8/2024. Without objection, time is excluded, 9/28/2023 to 10/7/2024, in the interest of justice, pursuant to 18 U.S.C. §3161(h)(7)(A), (h)(7) (B)(iv) and 18 U.S.C. §3161(h) (1)(D). Mailed notice (rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.